JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

DARYL T. EREMIN (TXBN 24012593)
Special Assistant United States Attorney
   450 Golden Gate Avenue
   San Francisco, California 94102
   Telephone: (415) 522-6031
   Facsimile: (415) 436-7234
   E-Mail: Daryl.Eremin@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Criminal No. CR 09-0273 VRW |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM MARCH 26, 2009, TO APRIL 16, 2009 |
| JORGE RAMIREZ-SILVA,<br>  a/k/a Jorge Silva-Ramirez, | ) | |
| Defendant. | ) | |

     The parties appeared before the Honorable Vaughn R. Walker on March 26, 2009. With the agreement of counsel for both parties, the Court found and held as follows:

     1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from March 26, 2009, to April 16, 2009, in light of the need for defendant's counsel to review discovery. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to review the discovery with the defendant.

     2. Given these circumstances, the Court found that the ends of justice served by excluding the period from March 26, 2009, to April 16, 2009, outweigh the best interest of the

[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 09-0273 VRW

Case 3:09-cr-00273-VRW Document 6 Filed 03/26/2009 Page 2 of 2

public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from March 26, 2009, to April 16, 2009, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: March 26, 2009

        /s/
RITA BOSWORTH
Counsel for Jorge Ramirez-Silva

DATED: March 26, 2009

        /s/
DARYL T. EREMIN
Special Assistant United States Attorney

IT IS SO ORDERED.

DATED: March 31, 2009



THE HONORABLE VAUGHN R. WALKER
Chief Judge, United States District Court

[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 09-0273 VRW            2